IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

LAURIE MARIE KING,

                                 Plaintiff,

  -v-

COMMISSIONER OF
SOCIAL SECURITY

                         Defendant.                       3:22-CV-00947-GTS-DEP

**STIPULATION FOR ATTORNEY FEES**

**STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920**

**IT IS HEREBY STIPULATED** by and between Vernon Norwood, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Howard D. Olinsky, Esq., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$12,000.00,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.  *See* ECF No. 21 (Motion for Attorney Fees).   The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $0.00 as this case was filed *in forma pauperis*.

DATED:   Syracuse, New York, February 5, 2024.

CARLA B. FREEDMAN                      OLINSKY LAW GROUP
United States Attorney                         Attorney for Plaintiff

BY:  */s/ Vernon Norwood*                BY:  _____
       VERNON NORWOOD                         HOWARD D. OLINSKY, ESQ.

| | |
|---|---|
| Special Assistant United States Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, Maryland 21235<br>(212) 264-9471<br>vernon.norwood@ssa.gov | 25 South Clinton Street, Suite 210<br>Syracuse, New York 13202<br>(315) 701-5780<br>holinsky@windisability.com |

**SO ORDERED:**

Glenn T. Suddaby
U.S. District Judge

_____February 5_____, 2024